# United States District Court

DISTRICT OF _____

FILED
IN CLERKS OFFICE

2004 JAN -5  P 12: 14

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

**SUMMONS IN A CIVIL CASE**
DISTRICT OF MASS.

V.

Richardson Electric Company, Inc.,
    Defendant

and

Bank of New Hampshire,
    Trustee

CASE NUMBER:

**03-12477MLW**

TO: (Name and address of defendant)

Richardson Electric Company, Inc.
17 Batchelder Road
Seabrook, NH  03874

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(BY) DEPUTY CLERK

DATE: December 9, 2003

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Massachusetts State of Massachusetts

| | |
|---|---|
| Russell Sheehan<br><br>vs.<br><br>Richardson Electrical Co, Inc | Docket Number: 03-12477MLW<br>Sheriff File Number: 03012095 |

I, Deputy Sheriff Ken Ling, Badge # 57 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 23 December 2003 at approximately 07:08AM, at 17 Batchelder Road, PO Box 1330 Seabrook, NH 03874 served the within OOS Summons&Complaint upon Richardson Electrical Co, Inc, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Barbara Wade for Richardson Electrical Co, Inc personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: December 24, 2003

Valerie Hammond

Ken Ling
Deputy Sheriff

57
Badge Number