AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

MARK E. FEINERSTEIN, Individually
and On Behalf of All Others Similarly
Situated,               Plaintiff

V.

Marsh & McLennan Companies Inc.
et al.

                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03   12474 MLW

TO: (Name and address of Defendant)

Putnam Investment Funds
One Post Office Square
Boston, MA
ATTN:  Person Designated to Accept Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



CLERK

(By) DEPUTY CLERK

DATE  /29-03