UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
    Plaintiffs

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
    Defendant

and

BANK OF NEW HAMPSHIRE,
    Trustee

C.A. No.

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Trustees of the Electrical Workers Local Union No. 103 Employee Benefit Funds, et al, request the Clerk to enter the default of Richardson Electric Company, Inc. (hereinafter "Richardson"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1)   This action was filed on December 9, 2003.

2) Complaint was served on defendant Richardson on December 23, 2003.

3) Defendant Richardson has filed neither an Answer nor a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

TRUSTEES OF THE ELECTRICAL WORKERS LOCAL UNION NO. 103 EMPLOYEE BENEFIT FUNDS, et al

By their attorneys,

*Anne R. Sills*
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: April 13, 2004

### VERIFICATION

I, Anne R. Sills, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

*Anne R. Sills*
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by certified and first class mail upon defendant Richardson Electric Company, Inc. at 17 Batchelder Road, Seabrook, NH 03874 this 13th day of April, 2004.

*Anne R. Sills*
Anne R. Sills, Esquire

ARS/ars&ts
3013 97-419/verreqdf.doc

2