UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24  P 1:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
    Plaintiffs

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
    Defendant

and

BANK OF NEW HAMPSHIRE,
    Trustee

C.A. No. 03-12477-MLW

## MOTION FOR EXTENSION OF TIME TO FILE FOR DEFAULT JUDGMENT

Plaintiffs Russell Sheehan, as he is Administrator of the Electrical Workers Health and Welfare Fund, Local 103 IBEW, et al, respectfully moves this Court for an extension of time from May 28, 2004 to June 18, 2004 in which to file for the entry of default judgment against Richardson Electric Company, Inc. (hereinafter "Richardson"). As grounds therefore Plaintiffs state that they are in the process of liquidating Richardson's liability - which is considerably

higher than what they originally expected - but do not yet have the final figures. These figures are necessary to ensure that the Judgment is accurate.

Wherefore, plaintiffs request that the date for filing for default judgment be extended to June 18, 2004.

Respectfully submitted,

RUSSELL SHEEHAN, AS HE IS ADMINISTRATOR, ELECTRICAL WORKERS HEALTH AND WELFARE FUND, LOCAL 103, IBEW, et al

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by certified and first class mail upon defendant Richardson Electric Company, Inc. at 17 Batchelder Road, Seabrook, NH 03874 this 24[h] day of May, 2004.

_____
Anne R. Sills, Esquire

ARS/ars&wld
3013-99254/motext.doc

2

## SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

FILED
IN CLERKS OFFICE
2004 MAY 24 P 1: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\*Also Admitted to the California Bar

May 24, 2004

**BY HAND**

Dennis O'Leary, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Fan Pier
One Courthouse Way
Boston, MA 02210

Re:   Russell F. Sheehan, as he is Administrator, et al vs. Richardson Electric Co., Inc.
      C.A. No. 03-12477 MLW

Dear Mr. O'Leary:

Enclosed for filing in the above-captioned matter, please find plaintiffs' Motion for Extension of Time in which to file for Default Judgment. Thank you in advance for your assistance in this matter.

Very truly yours,

Anne R. Sills

Encl.
cc:   Russell Sheehan
      Richardson Electric

ARS/ars&wld
3118 99-254/oleary3.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187