# LYNCH, BREWER, HOFFMAN & FINK, LLP
## ATTORNEYS AT LAW

OWEN B. LYNCH
EDWARD S. BREWER, JR.°
ALAN R. HOFFMAN
PETER W. FINK*
PATRICK J. KINNEY, JR.
PHYLLIS ZELERMYER WALD
J. ALLEN HOLLAND, JR.
ANNE HOFFMAN
ELIZABETH A. ZELDIN+
JOHN P. DENNIS△
DALE C. KERESTER
JENNIFER C. PLATT
THOMAS J. CLEMENS
CHRISTINE B. WHITMAN*·
MYRNA M. ZAKARIAN
SUZANNE T. MANCUSO†

101 FEDERAL STREET, 22ND FLOOR
BOSTON, MASSACHUSETTS 02110-1800

TELEPHONE (617) 951-0800
FAX (617) 951-0811
http://www.lynchbrewer.com

FILED
CLERKS OFFICE
2004 JUN 15 P 1:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

° ALSO ADMITTED IN CT
* ALSO ADMITTED IN FL
△ ALSO ADMITTED IN ME
◊ ALSO ADMITTED IN NH
† ALSO ADMITTED IN NY
+ ALSO ADMITTED IN SC

June 10, 2004

The Honorable Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

ATTENTION: Ms. Kathleen Boyce, Docket Clerk

Re: Russell F. Sheehan, Administrator, et al
Vs. Richardson Electric Company, Inc.
<u>Docket No. 03-12477 MLW</u>

Dear Ms. Boyce:

Enclosed please find Assented to Motion to Remove Default in the above-referenced matter. Kindly place the same on file.

Thank you for your attention to this matter.

Very truly yours,

*Alan R. Hoffman*

Alan R. Hoffman

ARH:jr
Enclosure
cc: Anne R. Sills, Esquire
177691_1.DOC

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, )
ELECTRICAL WORKERS' HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' SUPPLEMENTARY HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; )
ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND )
TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' EDUCATIONAL AND CULTURAL FUND; )
ANTHONY J. SALAMONE, as he is ADMINISTRATOR, )
NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL )
103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL )
WORKERS, )
          **Plaintiffs** )
)
Vs. )
)
RICHARDSON ELECTRIC COMPANY, INC., )
          **Defendant** )
)
and )
)
BANK OF NEW HAMPSHIRE, )
          **Trustee** )

## ASSENTED TO MOTION TO REMOVE DEFAULT

Now comes the Defendant, Richardson Electrical Company, Inc., by its attorney, and moves this Court to remove the default against it and states as reason therefor the following:

In light of the fact that the parties have undertaken to resolve this matter by ascertaining why the Plaintiffs' audit differs from the Defendant's internal audit, the Plaintiffs have agreed to the allowance of this Motion to Remove the Default. Moreover, subject to the Court's approval, the parties have agreed that the Defendant shall have until June 21, 2004 to answer the Complaint.

    Richardson Electrical Company, Inc.,

    By its attorney,

    *Alan R. Hoffman*

    Alan R. Hoffman  BBO #236860
    LYNCH, BREWER, HOFFMAN & FINK, LLP
    101 Federal Street, 22nd Floor
    Boston, MA  02110-1800
    (617) 951-0800

Dated: June 10, 2004

177640_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____