UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -7 P 3:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Plaintiffs

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
Defendant

and

BANK OF NEW HAMPSHIRE,
Trustee

C.A. No. 03-12477 MLW

### JOINT CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to having a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment

proceedings.

        Respectfully submitted,

        RUSSELL F. SHEEHAN, as he is
        ADMINISTRATOR, ELECTRICAL
        WORKERS' HEALTH AND WELFARE
        FUND, LOCAL 103, I.B.E.W., et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208


        RICHARDSON ELECTRIC COMPANY,
        INC.,

        By its attorney,

        /s/ Alan R. Hoffman
        Alan R. Hoffman, Esquire
        BBO #236860
        Lynch, Brewer, Hoffman & Fink, LLP
        101 Federal Street
        22nd Floor
        Boston, MA  02110
        (617) 951-0800

Dated: October 7, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon counsel of record for defendant, Alan R. Hoffman, Esquire, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA  02110 this 7th day of October, 2004.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

ARS/gag&ts
3013 99-254/jcmagjdg.doc