UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


RUSSELL F. SHEEHAN, et al,          )
    Plaintiff(s),               )
                                )
    v.                          )     C.A. No. 03-12477-MLW
                                )
RICHARDSON ELECTRIC COMPANY, INC, )
et al                               )
    Defendant(s)                )


ORDER


WOLF, D.J.                                          October 25, 2004


    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Alexander, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred.  All parties have informed the court of their consent. Accordingly, this cases is hereby REASSIGNED to  Magistrate Judge Alexander for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


                            /s/ Mark L. Wolf
                            UNITED STATES DISTRICT COURT