UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs<br><br>vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC., Defendant<br><br>and<br><br>BANK OF NEW HAMPSHIRE, Trustee | C.A. No. 03-12477 JLA |

## RULE 16.1 (D) JOINT STATEMENT

The parties respectfully submit this Joint Statement in accordance with this Court's Order dated November 8, 2004 and Local Rule 16.1 (D).

## I. DISPUTED ISSUES

1. What is the extent of defendant Richardson Electric Company, Inc.'s liability, if any, to the Plaintiff Funds?

## II. PROPOSED PRE-TRIAL SCHEDULE

The parties propose the following deadlines in this matter:

| | |
|---|---|
| Fact discovery deadline: | June 1, 2005 |
| Expert discovery deadline (if necessary): | July 1, 2005 |
| Amendments to pleadings due: | June 1, 2005 |
| Dispositive Motions/ Summary Judgment filed and served by: | August 15, 2005 |

## III. OTHER ELEMENTS

A. The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

B. The parties have previously consented to a trial by a magistrate judge.

C. The Defendant's signed certification is enclosed herewith. The Plaintiffs' signed certification has not yet been received and will be delivered to the Court on or before the date of the Scheduling Conference.

D. Plaintiffs presented a written settlement proposal to Richardson Electric Company, Inc., and defense counsel will have conferred with his client on the subject of settlement prior to the Scheduling Conference and will be prepared to respond to the proposal at the Scheduling Conference.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,
By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

WALTON SYSTEMS INTERNATIONAL,
INC.

By their attorney,

_____
Alan Hoffman, Esquire
BBO #236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110
(617) 951-0800

Dated: November 22, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Rule 16.1(D) Joint Statement has been served by first class mail upon the defendant's attorney Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA this 22nd day of November, 2004.

_____
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/rule161.doc

3