UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>Plaintiffs<br><br>Vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC.,<br>Defendant<br><br>and<br><br>BANK OF NEW HAMPSHIRE,<br>Trustee | ) |

## **DEFENDANTS LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned, Alan R. Hoffman, attorney for Richardson Electrical Company, Inc., and Barbara Wade, Controller of Richardson Electrical Company, Inc., jointly certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and that

they have considered the resolution of the litigation through the use of various alternative dispute resolution programs.

_____
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

_____
Barbara J. Wade, Controller
Richardson Electrical Company, Inc.

185344_1