UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 23 A 10: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
    Plaintiffs

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
    Defendant

and

BANK OF NEW HAMPSHIRE,
    Trustee

C.A. No. 03-12477 JLA

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

  (a)  with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,

By their Administrator,

Russell F. Sheehan, Administrator
I.B.E.W., Local 103
256 Freeport Street
Dorchester, MA 02122

Dated: November 17, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Certification has been served by first class mail upon the defendant's attorney Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA this 23rd day of November, 2004.

Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/certific.doc

2