UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 30 P 2:32

DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,  Plaintiffs |
| vs. |
| RICHARDSON ELECTRIC COMPANY, INC., Defendant |
| and |
| BANK OF NEW HAMPSHIRE, Trustee |

C.A. No. 03-12477 JLA

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

   (a)  with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

> Respectfully submitted,
>
> RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,
>
> By their attorneys,
>
> */s/ Gregory A. Geiman*
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA 02108
> (617) 742-0208
>
> RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,
>
> By their Administrator,
>
> */s/ Russell F. Sheehan*
> Russell F. Sheehan, Administrator
> I.B.E.W., Local 103
> 256 Freeport Street
> Dorchester, MA 02122

Dated: November 17, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Certification has been served by first class mail upon the defendant's attorney Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA this 17th day of November, 2004.

> */s/ Gregory A. Geiman*
> Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/certific.doc