UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN
ELECTRICAL WORKERS' PENSION FUND
ELECTRICAL WORKERS' SUPPLEMENTARY
    HEALTH AND WELFARE FUND
ELECTRICAL WORKERS' DEFERRED INCOME FUND
ELECTRICAL WORKERS' JOINT APPRENTICESHIP
    AND TRAINING FUND
ELECTRICAL WORKERS' EDUCATIONAL AND
    CULTURAL FUND
ANTHONY J. SALAMONE
NATIONAL ELECTRICAL BENEFIT FUND
LOCAL 103 INTERNATIONAL BROTHERHOOD
    OF ELECTRICAL WORKERS
        Plaintiffs

V.     CIVIL NO. 03-12477 JLA

RICHARDSON ELECTRICAL COMPANY, INC.
PUTNAM INVESTMENT
    Defendants

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been filed on **December 9, 2003**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) amendments and/or supplements to the pleadings or motions for leave to file the same may be filed by **February 28, 2005**, subject to the provisions of the Federal Rules of Civil Procedure;

(2) fact discovery is to be completed by **June 1, 2005,** unless

      shortened or enlarged by Order of this Court;

(3)     all expert discovery is to be completed by **July 1, 2005**;

(4)     all dispositive motions, including motions for summary judgment, are to be filed by **July 14, 2005**, and responses are to be filed **July 28, 2005**, thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(5)     a further status conference or motion hearing will be held on **May 4, 2005,** in **Courtroom # 24** on the 7th floor.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **status conference** is scheduled at **10:00 a.m.** on **May 4, 2005,** Courtroom 24, 7th floor.

                              HONORABLE JOYCE LONDON ALEXANDER
                              UNITED STATES MAGISTRATE JUDGE
                              By the Court:

                              /S/ Rex Brown
                              Courtroom Clerk

12/13/04
Date