UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

_____
)
RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, )
ELECTRICAL WORKERS' HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' SUPPLEMENTARY HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; )
ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND )
TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' EDUCATIONAL AND CULTURAL FUND; )
ANTHONY J. SALAMONE, as he is ADMINISTRATOR, )
NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL )
103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL )
WORKERS, )
            Plaintiffs )
)
Vs. )
)
RICHARDSON ELECTRIC COMPANY, INC., )
           Defendant )
)
and )
)
BANK OF NEW HAMPSHIRE, )
           Trustee )
_____)

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO
RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), Defendant Richardson Electric Company ("REC") hereby submits the following disclosure statement:

1. At the present time, REC believes that the following individuals are likely to have information relevant (but not necessarily material) to facts alleged in the pleadings:

    Name:    Barbara Wade

    Address:    c/o Richardson Electric Company
    17 Batchelder Road
    Seabrook, NH 03874

    Telephone Number: (603) 474-3900

    Information: Payroll and other records pertaining to apprentices at issue; relationship to Local 103 and Plaintiff Funds.

    Name:    Vaughan Richardson

    Address:    c/o Richardson Electric Company
    17 Batchelder Road
    Seabrook, NH 03874

    Telephone Number: (603) 474-3900

    Information: Conversations with Local 103 representatives regarding apprentices at issue; actions taken by REC as a result; payroll and other records pertaining to apprentices at issue; relationship to Local 103 and Plaintiff Funds.

    Name:    Various Local 103 agents and/or employees including but not limited to Russell F. Sheehan, Karen Martell, and Brian Lalley.

    Address:    c/o Local 103
    256 Freeport Street
    Dorchester, MA 02122

    Information: Union contract; relationship with REC; communications with same; relationship between Local 103 and the Plaintiff Funds.

REC reserves the right to supplement this statement and to disclose further individuals as they are identified and as new information comes to light during the discovery process.

2.    REC presently believes that the following documents and/or categories of documents and other tangible things in the possession, custody, or control of REC are relevant to the facts alleged in the Complaint.

    a)    all documents listed in Plaintiffs' Disclosure Statement; and

    b)    all documents relating to the hiring, compensation, and benefits paid to and on behalf of the apprentices at issue.

REC continues to search for relevant documents and other materials which may be relevant to the facts alleged in the Complaint. Copies of those documents in the possession, custody, or control of REC will be made available to the Plaintiffs for inspection and photocopying at the office of REC's counsel, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, Massachusetts, to the extent that the material contained within these documents is not protected by the attorney-client privilege, work product rule, or other applicable legal protection from disclosure.

By making voluntary disclosure of these documents pursuant to Fed.R.Civ.P. 26(a)(1), REC does not waive, and expressly reserves, all objections with respect to these documents and any other discovery, including objections regarding privilege and relevance. Further, REC reserves the right to supplement this list as discovery and the litigation proceed.

3.     REC contends that no damages are due from it to the Plaintiff Funds.

4.     There is no insurance agreement, of which REC is presently aware, under which anyone may be liable to satisfy or indemnify or reimburse all or part of any judgment entered in this action.

                Respectfully submitted,

                RICHARDSON ELECTRIC COMPANY, INC.,
                By their attorney,


                /s/ Alan R. Hoffman
                Alan R. Hoffman, BBO# 236860
                Lynch, Brewer, Hoffman & Fink, LLP
                101 Federal Street, 22nd Floor
                Boston, MA 02110
                (617) 951-0800


Dated:  December 13, 2004


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and first class mail on the 13th day of December, 2004.

    Gregory A. Geiman, Esq.
    Segal, Roitman & Coleman
    11 Beacon Street
    Boston, MA 02108



                /s/ Alan R. Hoffman
                Alan R. Hoffman

185484_1