UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

_____
                                                   )
**RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,**    )
**ELECTRICAL WORKERS' HEALTH AND WELFARE**         )
**FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'** )
**PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL**  )
**WORKERS' SUPPLEMENTARY HEALTH AND WELFARE**      )
**FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'** )
**DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.;**     )
**ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND**   )
**TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL** )
**WORKERS' EDUCATIONAL AND CULTURAL FUND;**        )
**ANTHONY J. SALAMONE, as he is ADMINISTRATOR,**   )
**NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL**    )
**103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL**   )
**WORKERS,**                                       )
                     **Plaintiffs**                )
                                                   )
Vs.                                                )
                                                   )
**RICHARDSON ELECTRIC COMPANY, INC.,**             )
                     **Defendant**                 )
                                                   )
                     **and**                       )
                                                   )
**BANK OF NEW HAMPSHIRE,**                         )
                     **Trustee**                   )
_____)

**RICHARDSON ELECTRICAL COMPANY'S UNCONTESTED MOTION
FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**

Now comes the Defendant, Richardson Electrical Company, Inc., and, pursuant to Fed.R.Civ.P. 15(a), moves the Honorable Court for leave to file an Amended Answer and Counterclaim and states as its reasons the following:

1.The investigation into the facts underlying the transactions at issue in the case has disclosed certain additional affirmative defenses, i.e., principally estoppel and waiver, to the claims asserted by the various Union funds, as well as counterclaims against Local 103, See Exhibit A;

2.The scheduling conference was held on December 1, 2004;

3.Discovery has not yet been commenced;

4.Defendants will not be prejudiced by the allowance of the Motion;

5.The allowance of this Motion would be in the interests of justice; and

6.The undersigned certifies that on January 13, 2005, he discussed this Motion with Plaintiffs' attorney, Gregory A. Geiman, and Attorney Geiman stated that he had no objection to the allowance of this Motion.

Respectfully submitted,
RICHARDSON ELECTRICAL COMPANY, INC.
By their attorney,


/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated:  January 13, 2005

188021_1