UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs<br><br>vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC., Defendant<br><br>and<br><br>BANK OF NEW HAMPSHIRE, Trustee | C.A. No. 03-12477 JLA |

## PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER (ASSENTED TO)

Plaintiffs now move this honorable Court to amend the Scheduling Order in this matter.

In support of this motion, Plaintiffs state as follows:

1. This action for fringe benefit contributions owed to benefit funds was filed by the Plaintiffs on December 9, 2003.

2. This Court's Scheduling Order, dated December 13, 2004, states, in part:

   (4) all dispositive motions, including motions for summary judgment, are to be filed by **July 14, 2005**, and responses are to be filed **July 28, 2005**, thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1

3. A Status Conference was held on May 4, 2005, at which time, upon oral motion of the parties, this Court amended the Scheduling Order by one month, so that the new deadline for all dispositive motions became August 14, 2005.

4. In recent weeks, after completing their discovery, the parties have been actively engaged in settlement discussions.

5. Further, many of the principals in these settlement discussions will be unavailable during parts of the upcoming month as a result of vacation schedules.

6. As such, Plaintiffs now respectfully request that the Scheduling Order be revised, in part, to read as follows:

   (4) all dispositive motions, including motions for summary judgment, are to be filed by **October 1, 2005**, and responses are to be filed **October 15, 2005**, thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1

7. The revision to the Scheduling Order will allow settlement discussions to continue while conserving judicial resources, as well as the parties' resources.

8. Further, no party will be harmed by this revision to the Scheduling Order.

WHEREFORE, Plaintiffs respectfully request that the Scheduling Order be revised so that the deadline for filing dispositive motions is October 1, 2005.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Assented to: /s/ Alan R. Hoffman
Alan Hoffman, Esquire
Counsel for Defendant Richardson Electric Company, Inc.

Dated: August 3, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion to Amend Scheduling Order (Assented To) has been served by first class mail upon the defendant's attorney Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA 02110 this 3rd day of August, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/motion-amendschedord.doc