UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
    Plaintiffs

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
    Defendant

and

BANK OF NEW HAMPSHIRE,
    Trustee

C.A. No. 03-12477 JLA

## **PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER (ASSENTED TO)**

    Plaintiffs now move this honorable Court to amend the Scheduling Order in this matter. In support of this motion, Plaintiffs state as follows:

1. This action for fringe benefit contributions owed to benefit funds was filed by the Plaintiffs on December 9, 2003.

2. This Court's Scheduling Order, dated December 13, 2004, states, in part:

  (4)  all dispositive motions, including motions for summary judgment, are to be filed by **July 14, 2005**, and responses are to be filed **July 28, 2005**, thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1

3. A Status Conference was held on May 4, 2005, at which time, upon oral motion of the parties, this Court amended the Scheduling Order by one month, so that the new deadline for all dispositive motions became August 14, 2005.

4. Thereafter, the parties engaged in settlement discussions. As such, upon an assented-to motion of the Plaintiffs, this Court entered an amendment of the Scheduling Order on August 12, 2005, revising it such that all dispositive motions were to be filed by October 1, 2005 and all responses were to be filed by October 15, 2005.

5. The parties have continued their settlement discussions to date, and are close to resolving this matter.

6. As such, Plaintiffs now respectfully request that the Scheduling Order be revised, in part, to read as follows:

  (4)  all dispositive motions, including motions for summary judgment, are to be filed by **November 1, 2005**, and responses are to be filed **November 15, 2005**, thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1

7. The revision to the Scheduling Order will allow settlement discussions to continue toward a successful conclusion while conserving judicial resources, as well as the parties' resources.

8. Further, no party will be harmed by this revision to the Scheduling Order.

WHEREFORE, Plaintiffs respectfully request that the Scheduling Order be revised so that the deadline for filing dispositive motions is November 1, 2005.

                                            Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


Assented to:   /s/ Alan Hoffman
                Alan Hoffman, Esquire
                Counsel for Defendant Richardson Electric Company, Inc.


Dated:  September 27, 2005


## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion to Amend Scheduling Order (Assented To) has been served by first class mail upon the defendant's attorney Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA  02110 this 27th day of September, 2005.

                                            /s/ Gregory A. Geiman
                                            Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/motion-amendschedord2.doc