UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>      Plaintiffs/Defendants-in-Counterclaim<br><br>vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC.,<br>      Defendant/Plaintiffs-in-Counterclaim<br><br>and<br><br>BANK OF NEW HAMPSHIRE,<br>      Trustee | C.A. No. 03-12477 JLA |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs, Russell F. Sheehan, as he is Administrator, et al. (the "Funds"), and respectfully move this Court, pursuant to Rule 56 Fed.R.Civ.P., for Entry of Summary Judgment in their favor, holding Richardson Electric Company, Inc. ("Richardson") liable for

the $82,588.79 in unpaid fringe benefit contributions that it owes the Funds, together with interest, liquidated damages, attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds; | $82,588.79 |
| B. | Prejudgment interest on unpaid contributions as mandated by 29 U.S.C. §1132(g)(2)(B), if contributions had been paid in full by October 31, 2005; | $14,716.07 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C); and | $5,930.70 |
| D. | Attorneys' fees and costs as mandated by §1132(g)(2)(D) | $24,672.78 |
| | TOTAL | $127,908.34 |

As grounds for this request, Plaintiffs state that, as set forth in the Complaint and in the Memorandum and Affidavits submitted herewith, there is no dispute of material fact and Richardson is liable to Plaintiff Funds in the amounts set forth above, as a matter of law, pursuant to 29 U.S.C. §§1132 (g) and 1145.

WHEREFORE, plaintiffs request that Summary Judgment enter in their favor in the amount of $127,908.34.

                                        Respectfully submitted,

                                        RUSSELL F. SHEEHAN, as he is
                                        ADMINISTRATOR, ELECTRICAL
                                        WORKERS' HEALTH AND WELFARE
                                        FUND, LOCAL 103, I.B.E.W., et al,

                                        By their attorneys,

                                        /s/ Gregory A. Geiman
                                        Anne R. Sills, Esquire
                                        BBO #546576
                                        Gregory A. Geiman, Esquire
                                        BBO #655207

        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated: November 1, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Summary Judgment in this matter she engaged in numerous conversations with Defendant's Attorney Alan Hoffman, Esquire and the parties attempted in good faith to resolve or narrow the issue.

        /s/ Anne R. Sills
        Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the above Plaintiff Funds' Motion for Summary Judgment has been served by first class mail upon the defendant's attorney, Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA  02110 this 1st day of November, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/motion-sj.doc