## AGREEMENT

This is to certify that the undersigned employer has examined a copy of the approved labor agreement between Electrical Contractors Association of Greater Boston and Local Union 103, IBEW.

The undersigned employer hereby agrees to comply with all of the provisions contained the above-mentioned agreement and all approved amendments thereto, as well as subsequent approved agreements between Electrical Contractors Association of Greater Boston, Inc., and Local Union 103, IBEW. It is understood that the signing of this letter of assent shall be as binding on the undersigned employer as though he had signed the above referred to agreement, including any approved amendments thereto, and any subsequent approved agreements.

This Agreement shall become effective for the undersigned employer on the 1st day of September, 2000, and shall remain in effect unless and until terminated as provided in the following paragraph.

If the undersigned employer does NOT comply with and be bound by any interim amendment to the current agreement, then the employer will give written notice terminating this agreement and the agreement will then terminate on the last day of the month in which the notice of termination is received. If the undersigned employer does NOT intend to comply with and be bound by all of the provisions in any subsequent approved agreement between Electrical Contractors Association of Greater Boston and Local 103, IBEW, he shall so notify the Local Union in writing at least one hundred (100) days prior to the termination date of the then agreement.

The Employer agrees that if a majority of its employees authorizes the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision of the above-mentioned agreements requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal or otherwise nullified.

The following exceptions to the provisions of the Electrical Contractors Association of Greater Boston and Local 103, IBEW, shall be in effect for Richardson Electric:

Paragraph 1.4(a) is **deleted**.

Second sentence shall read: In the event that these two are unable to adjust a matter within forty-eight (48) hours, either of them may refer the unresolved matter to final and binding arbitration. The American Arbitration Association will appoint the arbitrator pursuant to its Voluntary Labor Arbitration Rules and the arbitrator will conduct the hearing pursuant to those Rules. The arbitrator's decision will be final and binding on both parties. Costs of the arbitration will be split equally between the parties.

Paragraphs 1.4(c) and 1.4(d) are deleted.

Paragraph 1.5 remains the same.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

**RICHARDSON ELECTRICAL CO INC**
⁵Name of Firm

**17 BATCHELDER ROAD**
Street Address/P. O. Box Number

**SEABROOK NH   03874**
City, State (Abbr.) Zip Code

⁶Federal Employer Identification No: **04-2281140**

SIGNED FOR THE EMPLOYER
BY⁷ _(signature)_
   (original signature)
NAME⁸ **VAUGHAN RICHARDSON**
TITLE/DATE **DIRECTOR - 5/7/01**

SIGNED FOR THE UNION³ **103**, IBEW
BY⁷ _(signature)_
   (original signature)
NAME⁸ **RICHARD P GAMBINO**
TITLE/DATE **BUSINESS MGR - 5/1/01**

INSTRUCTIONS (All items must be completed in order for assent to be processed)

¹TYPE OF AGREEMENT
   Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.
²NAME OF CHAPTER OR ASSOCIATION
   Insert full name of NECA Chapter or Contractors Association involved.
³LOCAL UNION
   Insert Local Union Number.
⁴EFFECTIVE DATE
   Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.
⁵EMPLOYER'S NAME & ADDRESS
   Print or type Company name & address.
⁶FEDERAL EMPLOYER IDENTIFICATION NO.
   Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.
⁷SIGNATURES
⁸SIGNER'S NAME
   Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures--not reproduced--of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.



IBEW FORM 303 REV. 6/94