**Richardson**
ELECTRICAL CO., INC.
*Established 1899*

May 27, 2003

Local 103 IBEW
256 Freeport Street
Dorchester, MA 02122

Attn: Mr. Michael Monahan
      Business Manager
Re: Contact Expiration – 8/31/03

Dear Mr. Monahan:

We would like to inform you of our intent to negotiate the terms of the new contract on our own behalf, not under the NECA umbrella. We are at your disposal for scheduling and await the list of negotiating points to begin the process. We do not wish to participate by means of the "Evergreen" clause in the IBEW/NECA agreement.

Sincerely
Richardson Electrical Company, Inc.

*Linda S. Richardson*

Linda S. Richardson
President

Cc:   Glenn Kingsbury – NECA
      File

P.O. Box 1330
17 Batchelder Road
Seabrook, NH 03874
TEL: (603) 474-3999
FAX: (603) 474-7755

*Contractors ▪ Engineers ▪ Consultants*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Clare Kenny*   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  5/30/13 |
| 1. Article Addressed to:<br>Michael Monahan<br>Local 103 IBEW<br>256 Freeport St.<br>Dorchester, MA<br>02122 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7002 0510 0000 5016 7967 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035 | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Monahan
   Local 103 IBEW
   256 Freeport St.
   Dorchester, MA
   02122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

   7002 0510 0000 5016 7967

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

CERTIFIED MAIL

7002 0510 0000 5016 7967

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Local 103 IBEW, M. Monahan
Street, Apt. No.; or PO Box No. 256 Freeport St.
City, State, Zip+4 Dorchester, MA 02122

PS Form 3800, January 2001    See Reverse for Instructions