UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>     Plaintiffs/Defendants-in-Counterclaim<br><br>Vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC.,<br>     Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>BANK OF NEW HAMPSHIRE,<br>     Trustee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM, RICHARDSON ELECTRICAL COMPANY INC.'S ANSWERS TO PLAINTIFFS/DEFENDANTS-IN-COUNTERCLAIM'S FIRST REQUEST FOR ADMISSIONS**

**ADMISSION NO. 1**

You signed a letter of assent with the Union on September 1, 1993.

**ANSWER NO. 1**

Admitted.

## ADMISSION NO. 2

The letter of assent constituted a binding contract between you and the Union.

## ANSWER NO. 2

Admitted.

## ADMISSION NO. 3

The letter of assent authorized the Boston Chapter, National Electrical Contractors Association ("NECA") as your collective bargaining representative for all matters contained in, or pertaining to, the then-current and any subsequent collective bargaining agreements between Boston Chapter, NECA and Local Union 103, International Brotherhood of Electrical Workers.

## ANSWER NO. 3

Admitted, except that Richardson had the right to withdraw from the contract by notifying the Local Union at least 60 days prior to the then termination date of the then current agreement.

## ADMISSION NO. 4

The letter of assent bound you to the terms of collective bargaining agreements requiring contributions to Plaintiff Funds.

## ANSWER NO. 4

Admitted.

## ADMISSION NO. 5

By signing the letter of assent, you were signatory to the Agreement and Working Rules Governing the Electrical Industry of Greater Boston between Electrical Workers Union Local 103, I.B.E.W. of greater Boston and Electrical Contractors Association of Greater Boston, Inc. and the Boston Chapter National Electrical Contractors Association, dated September 1, 2000 through August 31, 2003, along with any predecessor or successor agreements to which you were signatory.

## ANSWER NO. 5

Denied.

2

**ADMISSION NO. 6**

The Agreement required employers to make contributions to Plaintiff Funds for each hour worked by covered employees.

**ANSWER NO. 6**

Admitted.

**ADMISSION NO. 7**

The Agreement specified the amount to be contributed by an employer to each of Plaintiff Funds for each hour worked.

**ANSWER NO. 7**

Admitted.

**ADMISSION NO. 8**

By becoming signatory to the Agreement, you agreed to provide contributions for Employees as the rates prescribed in Appendix A of the Agreement.

**ANSWER NO. 8**

Admitted.

**ADMISSION NO. 9**

The Agreement obligated you to pay all contributions by the 15th day of the month following the month in which work was performed.

**ANSWER NO. 9**

Denied.

**ADMISSION NO. 10**

You filed remittance reports upon which you calculated the contributions owed to the Funds each month for work done by Employees.

**ANSWER NO. 10**

Admitted.

## ADMISSION NO. 11

Richardson was audited by the Funds, said audit covering the period January, 2002 through December, 2003.

## ANSWER NO. 11

Admitted.

## ADMISSION NO. 12

The Funds' auditor discovered that Richardson owed a total of $117,370.02 in delinquent contributions.

## ANSWER NO. 12

Admitted that this was the finding of the Funds' Auditor, denied that Richardson owed this amount.

## ADMISSION NO. 13

With respect to the previous request, $82,588.79 of that total comprised the amount in contributions that was remitted to Local 490, International Brotherhood of Electrical Workers, plus the difference between what was paid to Local 490 and what should have been paid to the Local 103 Trust Funds.

## ANSWER NO. 13

Admitted.

## ADMISSION NO. 14

The wage rates and contribution rates for Local 490, International Brotherhood of Electrical Workers, and the Local 103 Trust Funds are different.

## ANSWER NO. 14

Admitted.

## ADMISSION NO. 15

The Funds' rates are higher.

## ANSWER NO. 15

Admitted as an aggregate but not as to every Fund.

**ADMISSION NO. 16**

You had utilized Employees from the Union on job(s) prior to January 1, 2002.

**ANSWER NO. 16**

Admitted.

**ADMISSION NO. 17**

With respect to the previous request, you had paid contributions for those Employees based on the rates reflected in Appendix A of the Agreement.

**ANSWER NO. 17**

Admitted.

**ADMISSION NO. 18**

The job(s) for which you utilized Apprentices and for which contributions are at issue in the above-captioned litigation were undertaken within the Unions' jurisdiction.

**ANSWER NO. 18**

Admitted.

**ADMISSION NO. 19**

Under the Agreement, contributions for any work conducted within the Union's jurisdiction are to be paid to the Funds at the rates prescribed in Appendix A of the Agreement.

**ANSWER NO. 19**

Denied.

**ADMISSION NO. 20**

You were the signatory to the Agreement during the time you utilized Employees at the jobs for which contributions still owed are at issue in the above-captioned litigation.

**ANSWER NO. 20**

Admitted.

**ADMISSION NO. 21**

You had never, before this alleged incident, been told by the Union to pay contributions to another local for work done in Local 103's jurisdiction.

**ANSWER NO. 21**

Denied.

**ADMISSION NO. 22**

You had never, before this alleged incident, been told by the Funds to pay contributions to another local for work done in Local 103's jurisdiction.

**ANSWER NO. 22**

Denied.

**ADMISSION NO. 23**

You had never, before this alleged incident, paid contributions to another local for work done in Local 103's jurisdiction.

**ANSWER NO. 23**

Denied.

**ADMISSION NO. 24**

To date, you owe the Funds $82,588.79 in contributions.

**ANSWER NO. 24**

Denied.

**ADMISSION NO. 25**

Further, the Agreement obligates you to pay interest on the unpaid contributions, liquidated damages, and reasonable attorneys' fees and costs.

**ANSWER NO. 25**

Denied.

**ADMISSION NO. 26**

The Agreement states in Section 3.7, "No Employer is guaranteed any specific number of apprentices. The [Joint Apprentice and Training] Committee will determine whether or not any individual Employer is entitled to an apprentice as well as the total number of apprentices to be assigned to the Employer."

**ANSWER NO. 26**

Admitted that this is an excerpt from Section 3.7. The entire clause is incorporated by reference in this answer. See attached Exhibit A.

**ADMISSION NO. 27**

You have been lat paying contributions to the Funds on at least five occasion(s) before the time period that is the subject of the above-captioned suit.

**ANSWER NO. 27**

Admitted.

**ADMISSION NO. 28**

You have underreported the number of hours worked by Employees on your jobs.

**ANSWER NO. 28**

Denied.

**ADMISSION NO. 29**

The Funds' audit of your payroll records found $34,781.23 in contributions owed irrespective of the contributions incorrectly remitted to Local 490, International Brotherhood of Electrical Workers.

**ANSWER NO. 29**

Admitted that this was the finding of the Funds' Auditor, denied that Richardson owed this amount.

SIGNED UNDER THE PAINS AND PENALTY OF PERJURY ON THIS 17th DAY OF March, 2005.

*[signature: Barbara Wade]*
Barbara Wade, Treasurer
Richardson Electrical Company, Inc.

190368_1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on March 21, 2005

*[signature: Alan R. Hoffman]*