UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
      Plaintiffs/Defendants-in-Counterclaim

vs.

RICHARDSON ELECTRIC COMPANY, INC.,
      Defendant/Plaintiffs-in-Counterclaim

and

BANK OF NEW HAMPSHIRE,
      Trustee

C.A. No. 03-12477 JLA

**AFFIDAVIT OF ANNE R. SILLS**

1.    My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.    Due to this firm's involvement in efforts to collect contributions owed the International Union of Electrical Workers Local 103 Benefit Funds by Richardson Electric

2

Company, Inc. since on or about November 1, 2003, we have incurred legal fees of $24,172.00 and costs of $500.78.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1st DAY OF NOVEMBER, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon the defendant's attorney, Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, MA  02110 this 1st day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/affsills.doc