UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

_____
)
RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,             )
ELECTRICAL WORKERS' HEALTH AND WELFARE                  )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'          )
PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL           )
WORKERS' SUPPLEMENTARY HEALTH AND WELFARE               )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'          )
DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.;              )
ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND            )
TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL          )
WORKERS' EDUCATIONAL AND CULTURAL FUND;                 )
ANTHONY J. SALAMONE, as he is ADMINISTRATOR,            )
NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL             )
103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL            )
WORKERS,                                                )
                    Plaintiffs                              )
                                                        )
Vs.                                                     )
                                                        )
RICHARDSON ELECTRIC COMPANY, INC.,                      )
                    Defendant                               )
                                                        )
                    and                                     )
                                                        )
BANK OF NEW HAMPSHIRE,                                  )
                    Trustee                                 )
_____)

**ASSENTED TO MOTION TO MODIFY SCHEDULING ORDER
TO EXTEND DEADLINE TO FILE AN OPPOSITION TO THE
SUMMARY JUDGMENT MOTION TO NOVEMBER 22, 2005**

Now comes Defendant Richardson Electric Company, Inc. and respectfully requests that this Honorable Court modify the Scheduling Order in this case to extend the deadline for filing an Opposition to the Summary Judgment by one week until November 22, 2005.

Defendant submits that an extension of one week for filing its Opposition so that Defendant will have a total of three weeks from receipt of the Motion for Summary Judgment is necessary to enable Defendant to respond to the Motion adequately. Furthermore, the short extension of one week will not prejudice the parties as a Summary Judgment hearing has not yet been scheduled, and the delay will not interfere with any other events previously scheduled by the Court.

    Richardson Electrical Company, Inc.,
    By its attorney,

    /s/ Alan R. Hoffman
    Alan R. Hoffman  BBO #236860
    LYNCH, BREWER, HOFFMAN & FINK, LLP
    101 Federal Street, 22nd Floor
    Boston, MA  02110-1800
    (617) 951-0800

Assented To:

/s/ Gregory A. Geiman
Anne R. Sills, BBO# 546576
Gregory A. Geiman, BBO# 655207
Segal, Roitman & Coleman
11 Beacon Street
Suite# 500
Boston, MA 02108
(617) 742-0208

Dated:  November 4, 2005

224049_1