| YOUR INVOICE NO. | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| JUNE 2003 | 06/30/03 | 355.12 | .00 | 355.12 |
| JULY 2003 | 08/01/03 | 320.16 | .00 | 320.16 |
| OCT 2003 | 10/30/03 | 176.64 | .00 | 176.64 |
| NOV 2003 | 11/30/03 | 139.84 | .00 | 139.84 |
| 103 ASSESSMENT | | 991.76 | .00 | 991.76 |



**Richardson ELECTRICAL CO., INC.**
P. O. BOX 1330
17 BATCHELDER ROAD
SEABROOK, NH 03874

BANK OF NEW HAMPSHIRE

CHECK NO. 020748

54-7 / 114

CHECK DATE 01/15/04

PAY EXACTLY ****991.76

NINE HUNDRED NINETY-ONE AND 76/100 DOLLARS

79661

PAY TO THE ORDER OF:
LOCAL UNION 103A IBEW
FINANCIAL SECRETARY
256 FREEPORT STREET
DORCHESTER     MA  02122

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE

⑈020748⑈ ⑆011400071⑆ 902938281⑈

Exh "A"