PLEASE DETACH BEFORE DEPOSITING                                  CHECK NO. 020747

| YOUR INVOICE NO. | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| JUNE BEN | 06/30/03 | 3588.88 | .00 | 3,588.88 |
| JULY 2003 | 08/01/03 | 2350.24 | .00 | 2,350.24 |
| 103 CONTRIBUTIONS | | 5939.12 | .00 | 5,939.12 |

**Richardson ELECTRICAL CO., INC.**

P. O. BOX 1330
17 BATCHELDER ROAD
SEABROOK, NH 03874

BANK OF NEW HAMPSHIRE

CHECK NO. 020747

54-7/114

CHECK DATE 01/15/03

PAY EXACTLY *****5,939.12

FIVE THOUSAND NINE HUNDRED THIRTY-NINE AND 12/100 DOLLARS

79660

PAY TO THE ORDER OF
CITIZEN'S BANK
103 ELEC. CONSTR. TRUSTFUND
256 FREEPORT STREET -2ND FLOOR
DORCHESTER          MA 02122

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE

⑈020747⑈ ⑆011400071⑆ 9029382511⑈

EXH "B"