Michael P. Monahan

                              1

```
 1                              Volume: I
 2                              Pages:  1-57
 3                              Exhibits: 1-6
 4            UNITED STATES DISTRICT COURT
 5            DISTRICT OF MASSACHUSETTS
 6                              C.A. No. 03-12477 JLA
 7     ------------------------------------------
 8     RUSSELL F. SHEEHAN, as he is Administrator,
 9     ELECTRICAL WORKERS' HEALTH AND WELFARE FUND,
10     LOCAL 103, I.B.E.W., ET AL.,
11              Plaintiff/Defendants-in-Counterclaim,
12        v.
13     RICHARDSON ELECTRIC COMPANY, INC.,
14              Defendant/Plaintiffs-in-Counterclaim,
15         and
16     BANK OF NEW HAMPSHIRE
17              Trustee.
18     ------------------------------------------
19           DEPOSITION of MICHAEL P. MONAHAN
20           Monday, May 23, 2005, 10:07 a.m.
21         LYNCH, BREWER, HOFFMAN & FINK, LLP
22               101 Federal Street
23              Boston, Massachusetts
24      Court Reporter:  Paulette Cook, RPR/RMR
```

6

1   A.  No.  No.
2   Q.  What was your next position with the union?
3   A.  I was appointed to the office of business
4   agent by the business manager.
5   Q.  Who was the business manager at that time?
6   A.  Paul Ward.
7   Q.  And what -- approximately what year was
8   that?
9   A.  Nineteen ninety-five.
10  Q.  What were your duties as business agent?
11  A.  We could go on for days.  The responsibility
12  of a business agent is to obviously uphold the
13  collective bargaining agreement for those
14  geographical cities and towns which you've been
15  assigned and to seek future work through the
16  permitting process, through the political process.
17  Those are mainly your two duties as a business
18  agent.
19  Q.  When you were a business agent in 1995, were
20  there other business agents as well at Local 103?
21  A.  Yes.
22  Q.  How many were there?
23  A.  At that time I think there was eight.
24  Q.  Was there only one business manager?

Michael P. Monahan

7

1    A.   Yes, there's only one business manager.

2    Q.   And among the eight business agents was
3 their work divided territorial, or was there some
4 division of responsibility among them?

5    A.   Geographically it's divided up amongst the
6 different business agents.

7    Q.   For example, do you remember what your
8 territory was in 1995?

9    A.   Merrimack Valley.  Did you say 1998?

10   Q.   I'm sorry, I said five.

11   A.   Yeah, five was Merrimack Valley.

12   Q.   Okay.  How long did you stay as business
13 agent?

14   A.   I was a business agent up until being
15 appointed business manager January 2003.

16   Q.   I may have asked you this, but is there only
17 one business manager --

18   A.   Yes.

19   Q.    -- at any one time?

20   A.   Yes.

21   Q.   What are the duties of the business manager?

22   A.   The business manager is -- Once again, it's
23 a host of things.  The buck stops there so-to-speak
24 with everything within the union.  You're a trustee

Michael P. Monahan

8

1  on numerous committees, and your duties to oversee
2  the office and of course assignments of all the
3  business agents.  You're a trustee of the trust
4  funds withheld pension deferred income as well as
5  the apprentice school.
6      Q.  There is a separate school; it's called an
7  apprentice school?
8      A.  Yes.
9      Q.  Is that run by 103?
10     A.  It's joint.  It's jointly trusteed and
11 administered.
12     Q.  With whom?
13     A.  With the National Electrical Contractors
14 Association, each side whether it's the union or the
15 contractors have an equal vote and say.
16     Q.  Are you currently the business manager?
17     A.  Yes.
18     Q.  Is the business manager the chief executive
19 officer of the union?
20     A.  If you had to put it in those terms, yes.
21 Because you're chief executive, you have a say --
22 you have a vote on it.  As a trustee you don't have
23 a single say with respect to the funds.
24     Q.  Right.  But of the union itself in terms of

Michael P. Monahan

26

1  Q. The wins?

2  A. The successes.

3  Q. The successes, okay.

4  A. Yes.

5  Q. In other words, they get the bid --
6  successful bid?

7  A. Yes. Many times the employer's not
8  successful even with the concessions, and he would
9  not know anything about it.

10 Q. All right. Now you said that your office or
11 the union office is -- what is it 256 Freeport
12 Street?

13 A. Yes.

14 Q. And is that a -- what type of a building is
15 256 Freeport Street?

16 A. Brick building.

17 Q. How many stories?

18 A. Two stories.

19 Q. Is it owned by the union?

20 A. Yes.

21 Q. You indicated Mr. Sheehan's office is
22 upstairs?

23 A. He's, yeah, upstairs on the second floor.

24 Q. How many square feet is this building?

1   A. Geez, I couldn't tell you.
2   Q. How many rooms on each floor would you say?
3   A. There's numbers of small offices.
4   Q. Are all the business agents based at that
5   address?
6   A. Yes.
7   Q. And yourself?
8   A. Yes.
9   Q. And you have some administrative staff
10  there?
11  A. Yes.
12  Q. Are they all on the first floor or some of
13  them on the second floor?
14  A. No, all on the first floor.
15  Q. Is there anything else on the second floor
16  other than what you said -- I'm sorry -- on the
17  first floor? My fault?
18  A. First floor?
19  Q. Is there anything else on the first floor
20  other than the business agents business manager and
21  some other supportive administrative --
22  A. There are some tenants on the second floor.
23  Q. You rent out some space?
24  A. Yes.