Richard P. Gambino

                                                    Volume: I

                                                    Pages:  1-49

                                                    Exhibits: 7-11

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

                                        C.A. No. 03-12477 JLA

-----------------------------------

RUSSELL F. SHEEHAN, as he is Administrator,

ELECTRICAL WORKERS' HEALTH AND WELFARE FUND,

LOCAL 103, I.B.E.W., ET AL.,

        Plaintiff/Defendants-in-Counterclaim,

  v.

RICHARDSON ELECTRIC COMPANY, INC.,

        Defendant/Plaintiffs-in-Counterclaim,

  and

BANK OF NEW HAMPSHIRE

        Trustee.

-----------------------------------

        DEPOSITION of RICHARD P. GAMBINO

        Monday, May 23, 2005, 11:25 a.m.

      LYNCH, BREWER, HOFFMAN & FINK, LLP

             101 Federal Street

            Boston, Massachusetts

    Court Reporter:  Paulette Cook, RPR/RMR

4

1           P R O C E E D I N G S
2              RICHARD P. GAMBINO,
3
4    a witness called for examination by counsel for the
5    Defendant, being first duly sworn, was examined and
6    testified as follows:
7
8              DIRECT EXAMINATION
9    BY MR. HOFFMAN:
10             MR. HOFFMAN:  Shall we have the same
11   stipulations?
12             MS. A. SILLS:  Yes.
13      Q.  Would you state your name and address, sir?
14      A.  Sure.  Richard P Gambino, 14 Strawberry
15   Lane, Abington, Mass.
16      Q.  And are you currently employed?
17      A.  Yes, I am.
18      Q.  What is your current employment?
19      A.  I am the assistant trust fund administrator
20   at Local 103.
21      Q.  Can you tell us your educational background?
22      A.  Sure.  My educational background is just a
23   high school diploma with apprenticeship training at
24   Local 103 and journeyman's electrician's license.

Richard P. Gambino

6

1  local?
2      A.  Nineteen eighty-seven.
3      Q.  When you became business agent?
4      A.  (Nods head.)
5      Q.  For how long were you business agent?
6      A.  Nineteen eighty-seven to 1992.
7      Q.  And did you assume another position with the
8  union at that time?
9      A.  Financial secretary.
10     Q.  For how many years?
11     A.  Until 1999.
12     Q.  And what position did you assume in '99?
13     A.  Business manager.
14     Q.  Who was your predecessor as business
15 manager?  Who preceded you?
16     A.  Paul Ward.
17     Q.  Okay.  And for how long were you business
18 manager?
19     A.  Till January '03.
20     Q.  And what happened at that time with your
21 employment?
22     A.  At that time I became the assistant
23 administrator.
24     Q.  Is that assistant administrator of various

Richard P. Gambino

15

1  recall having with either Vaughn or Glen?
2      A.  Yes.
3      Q.  So to the best of your knowledge you had no
4  conversations with regard to any contractual issue,
5  i.e., negotiations --
6      A.  Not with either one of those gentlemen.
7      Q.  Or with anyone else at Richardson?
8      A.  No.
9      Q.  Okay.  Before you became assistant
10 administrator, were you a trustee of the funds that
11 are administered by Mr. Sheehan?
12     A.  Yes.
13     Q.  For how many years were you trustee?
14     A.  From 1996 I believe was when I first became
15 a trustee until -- until I left the business
16 manager's position in January '03.
17     Q.  Okay.  And I take it you had to resign
18 because now you were assistant administrator?
19     A.  Yes.
20     Q.  As you understood it during that period of
21 time, what were your duties as a trustee of the
22 various funds?
23     A.  To oversee the funds, make sure that they
24 were being managed properly, make sure, you know,

16

1  everything was done in a prudent fiduciary
2  responsible manner.
3      Q.  And is it fair to say that there were an
4  equal number of trustees who were representatives of
5  Local 103 and also the electrical contractors?
6      A.  Three and three.
7      Q.  And that was true of all the trusts that you
8  were a trustee of; is that correct?
9      A.  Yes.
10     Q.  Did the trustees over that period of time
11 have regular meetings?
12     A.  It's typical to have a monthly meeting.
13     Q.  By the way, are the trustees for each of the
14 trusts administered by Mr. Sheehan during this
15 period of time the same -- in other words, are you a
16 trustee of all the trusts and the other two guys --
17 union guys are trustees of all the trusts?
18     A.  Yes.  Yes.
19     Q.  Similarly, on the contractors side the same
20 three individuals are trustees of all the trusts?
21     A.  Yes.
22     Q.  So there are regular monthly meetings?
23     A.  Yes.
24     Q.  Who calls the meetings?

Richard P. Gambino

35

1  can.
2  A. Hm Hm.
3  Q. You may be able to because you signed as
4  trustee. Okay?
5  A. Hm Hm.
6  Q. I'm going to take them one at a time, or at
7  least this small group here. The first one which
8  would be Exhibit 7 is agreement and declaration of
9  trust of the Local 103 I.B.E.W. health benefit plan.
10  Okay? I'm going to ask you if you can identify this
11  document as that agreement and you can identify your
12  signature. It says as restated and amended through
13  November 30, 1996.
14          (Exhibit No. 7 marked
15           for identification.)
16  Q. Does that appear to you to be a copy of the
17  health benefits trust?
18  A. Yes.
19  Q. Okay. And is that your signature on the
20  last page?
21  A. Yes, it is.
22  Q. I want you to take a look at page 10 just
23  quickly. There is a clause relating to a reciprocal
24  agreement -- why don't you read that clause to

Richard P. Gambino

37

1  question if you know the answer.
2      Q.  If you can answer.
3      A.  I don't know the answer for certain.
4      Q.  Okay.  That's fine.
5          MR. HOFFMAN:  Let's mark as Exhibit 8 --
6      Q.  By the way, is it your understanding that
7  that's the current -- well, that's the trust that's
8  currently in effect?
9      A.  I believe it is, yep.
10     Q.  Okay.
11         MR. HOFFMAN:  Why don't we mark this as
12 restated agreement and declaration of trust
13 electrical workers pension fund Local 103.  Does it
14 say what it's the trust of?  It says as amended
15 through June 1, 1993.
16         (Exhibit No. 8 marked
17         for identification.)
18     Q.  I guess I have a simple question, and that
19 is whether to the best of your knowledge this is the
20 pension fund trust that currently exists?
21     A.  I don't believe that this is the most
22 current.
23     Q.  Oh, you think there's a later?  Okay.
24 That's all I have on that.