Russell F. Sheehan

1

1                                    Volume: I

2                                    Pages:  1-21

3                                    Exhibits: 12-13

4            UNITED STATES DISTRICT COURT

5              DISTRICT OF MASSACHUSETTS

6                              C.A. No. 03-12477 JLA

7    ------------------------------------------

8    RUSSELL F. SHEEHAN, as he is Administrator,

9    ELECTRICAL WORKERS' HEALTH AND WELFARE FUND,

10   LOCAL 103, I.B.E.W., ET AL.,

11           Plaintiff/Defendants-in-Counterclaim,

12       v.

13   RICHARDSON ELECTRIC COMPANY, INC.,

14           Defendant/Plaintiffs-in-Counterclaim,

15       and

16   BANK OF NEW HAMPSHIRE

17           Trustee.

18   ------------------------------------------

19           DEPOSITION of RUSSELL F. SHEEHAN

20           Monday, May 23, 2005, 2:23 p.m.

21         LYNCH, BREWER, HOFFMAN & FINK, LLP

22                  101 Federal Street

23                 Boston, Massachusetts

24       Court Reporter:  Paulette Cook, RPR/RMR

                                                                    4

1              P R O C E E D I N G S
2
3          MR. HOFFMAN:  Same stipulations?
4          MS. A. SILLS:  Yes.
5          RUSSELL F. SHEEHAN,
6
7   a witness called for examination by counsel for the
8   Defendant, being first duly sworn, was examined and
9   testified as follows:
10
11              DIRECT EXAMINATION
12  BY MR. HOFFMAN:
13      Q.  Would you state your name and address, sir?
14      A.  Russell Sheehan, 16 Tobin Terrace, Whitman,
15  Mass.
16      Q.  By whom are you employed?
17      A.  Local 103 Trust Funds.
18      Q.  Is that a -- is there an organization that's
19  called -- of some sort that's called the Local 103
20  Trust Funds?  Is there an umbrella organization that
21  pays your paycheck?
22      A.  It's shared expenses between the pension,
23  health, deferred, Joint Apprentice Training Fund,
24  labor management.

Russell F. Sheehan

5

```
 1        Q.  Okay.  In other words, when you get a
 2   paycheck --
 3        A.  -- it's paid out of the health benefit plan.
 4        Q.  But then they get reimbursed?
 5        A.  By the other funds, yes.
 6        Q.  All right.  Can you tell us your educational
 7   background?
 8        A.  High school.
 9        Q.  And at some point did you become an
10   electrician?
11        A.  Yes.
12        Q.  When would that have been about?
13        A.  I started in 1967.
14        Q.  Were you a union member at the time?
15        A.  Yes.
16        Q.  And for how long were you an electrician in
17   the field?
18        A.  Until 1985.
19        Q.  Now up till that point did you have any
20   union positions?
21        A.  Yes.  Recording secretary.
22        Q.  Okay.  Who did you become employed by in
23   1985?
24        A.  By the Local 103, the union itself.
```

Russell F. Sheehan

6

1   Q. And what was your first union position?
2   A. Business agent.
3   Q. And for how many years were you business
4   agent?
5   A. Three.
6   Q. What was your next position?
7   A. Business manager.
8   Q. Was that from 1988 to when?
9   A. Nineteen ninety-five.
10  Q. And what position did you assume in 1995?
11  A. Administrator of the trust funds.
12  Q. And you've had that position since then?
13  A. Yes.
14  Q. Okay. When you were -- up till the point
15  that you were business manager, i.e., up until 1995,
16  did the local have a market recovery program up till
17  that point?
18  A. No.
19  Q. Okay. Were there other instances -- were
20  there instances before 1995 when the business agent
21  and/or the business manager was able to -- or did
22  approve lower overall packages in particular
23  instances for contractors?
24  A. I'm sorry, when I said there was no market

Russell F. Sheehan

14

1  Q. That's market recovery?

2  A. Yep.

3  Q. Is it those three items only that would be
4  retained?

5  A. Yes.

6  Q. Okay. I see. At least we're all on the
7  same wave length on that.

8       MR. HOFFMAN: I'm going to ask that this
9  document be marked as the next exhibit. It's
10 answers to interrogatories of Mr. Sheehan which I
11 guess are signed sometime in March 2005.

12       (Exhibit No. 12 marked
13       for identification.)

14 Q. Mr. Sheehan, I'm going to have placed before
15 you Exhibit 12. I just want to know whether the
16 signature which appears on page 13 is yours?

17 A. Yes.

18 Q. And as the administrator of the various
19 funds, you are authorized to sign interrogatories on
20 behalf of the funds?

21 A. Yes.

22 Q. All right.

23       (Pause.)

24 Q. I want to try to define what -- and maybe

15

1   counsel can step in if they wish.  I want to try to
2   define what we're fighting about at this point.  I
3   understand that there was -- there was some
4   arrearages separate and apart from the apprentice
5   issue.
6          Do you know what I mean by the
7   apprentice issue in this case?  If not, I'll explain
8   it to you.
9      A.   I didn't think this was all apprentices.  I
10  thought there was some journeymen involved.
11     Q.   Well, let me define the issue then.  There's
12  an issue that has been quantified by your side of a
13  total of approximately 82,000, okay, and it has to
14  do with the payment by Richardson of benefits
15  directly to the New Hampshire Union 490 as opposed
16  to going through Local 103.
17         Do you understand that issue?
18     A.   Yep.
19     Q.   And do you understand that that issue has
20  been quantified by -- I'm going to use a rough
21  number -- approximately 82,000?
22     A.   Yep.
23     Q.   And that a part of that has been paid --
24  part of the 82,000 was paid directly to the 490?  Do

Russell F. Sheehan

16

1    you understand that as well?  I mean I can get your
2    own audit in here, but it's somewhere in the
3    forties.
4        A.   Hm Hm.
5        Q.   Generally do you understand it that way?
6        A.   Yes.
7        Q.   What I want to try to focus on is are there
8    any other issues in this case as you understand it?
9    I know at one time there was a $6000 issue involving
10   unresolved amounts.  Our understanding is we paid
11   that amount.
12             Does anyone --
13             MS. A. SILLS:  The journeymen -- my
14   understanding is -- I think there was 6000 or so
15   that was journeymen that you have since paid since
16   the lawsuit was initiated.
17             MR. HOFFMAN:  Okay.
18             MS. A. SILLS:  I think there may be a
19   dues component of what's owed, the differentiation
20   also includes, you know, dues that have not been
21   paid in yet to the --
22             MR. HOFFMAN:  Dues or interest?
23             MR. I. SILLS:  Dues.
24             MS. A. SILLS:  Dues.  Any ERISA case has

JONES REPORTING COMPANY
617-451-8900