UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12477 MLW

---

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, )
ELECTRICAL WORKERS' HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' SUPPLEMENTARY HEALTH AND WELFARE )
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' )
DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; )
ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND )
TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL )
WORKERS' EDUCATIONAL AND CULTURAL FUND; )
ANTHONY J. SALAMONE, as he is ADMINISTRATOR, )
NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL )
103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL )
WORKERS, )
                Plaintiffs )
)
Vs. )
)
RICHARDSON ELECTRIC COMPANY, INC., )
                Defendant )
)
and )
)
BANK OF NEW HAMPSHIRE, )
                Trustee )

---

## AFFIDAVIT OF ALAN R. HOFFMAN

I, Alan R. Hoffman, hereby depose and say as follows:

1. I am a partner in the firm of Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, Massachusetts, 02110.

2. I am the attorney for Richardson Electrical Company, Inc., Defendant in the above-entitled case.

3.  I took or attended all the depositions in this case.

4.  At each deposition, Anne Sills of the firm Segal, Roitman & Coleman appeared for the Funds; and Ira Sills of the same firm appeared for Local 103, which is also a Plaintiff in this case.

5.  As the Motion for Summary Judgment reflects, only the Funds, and not Local 103 are seeking summary judgment and claim entitlement to recover attorneys fee at this time under ERISA.

6.  There is no way of knowing from Ms. Sills' Affidavit whether fees incurred by Local 103 are included in the amount claimed.

7.  Moreover, there is no way of knowing from the Sills Affidavit whether the fees claimed are reasonable.

8.  In order to properly defend the Funds legal fee claim, discovery, including production of all invoices and a deposition, will be necessary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 18th DAY OF NOVEMBER, 2005.

_____
ALAN R. HOFFMAN

230798_1