UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>      Plaintiffs/Defendants-in-Counterclaim<br><br>vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC.,<br>      Defendant/Plaintiffs-in-Counterclaim<br><br>and<br><br>BANK OF NEW HAMPSHIRE,<br>      Trustee | C.A. No. 03-12477 JLA |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**(ASSENTED TO)**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs hereby request leave of this Court to file a reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, in connection with the above-captioned matter. As grounds for this motion, Plaintiffs submit that this brief reply memorandum will bring this Court's attention to relevant evidence demonstrating that

I.B.E.W. Local 103 business agent Brian Lally was not an agent of the Funds and that, as such, the Defendant is subject to a well-settled line of case law standing for the proposition that employers may not assert traditional contractual defenses against a union in a claim for delinquent contributions owed a trust fund under 29 U.S.C. §1145. Therefore, this motion for leave should be granted.

For the Court's convenience, a true and accurate copy of the Plaintiffs' Memorandum in Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this honorable Court allow its Motion for Leave to File Reply Memorandum.

>Respectfully submitted,
>
>RUSSELL F. SHEEHAN, as he is
>ADMINISTRATOR, ELECTRICAL
>WORKERS' HEALTH AND WELFARE
>FUND, LOCAL 103, I.B.E.W., et al,
>
>By their attorneys,
>
>/s/ Gregory A. Geiman
>Anne R. Sills, Esquire
>BBO #546576
>Gregory A. Geiman, Esquire
>BBO #655207
>Segal, Roitman & Coleman
>11 Beacon Street
>Suite #500
>Boston, MA  02108
>(617) 742-0208

Dated: December 5, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2), that prior to filing this motion the parties have conferred regarding the instant motion and that Defendant's Council Alan Hoffman has stated he had no objection to the filing of this Motion for Leave to File Reply Memorandum.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Leave to File Reply Memorandum has been served by first class mail upon the defendant's attorney, Alan Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor Boston, MA 02110 this 5th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-254/motion-leavereplymemo.doc