UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>　　　　Plaintiffs/Defendants-in-Counterclaim<br><br>vs.<br><br>RICHARDSON ELECTRIC COMPANY, INC.,<br>　　　　Defendant/Plaintiffs-in-Counterclaim<br><br>and<br><br>BANK OF NEW HAMPSHIRE,<br>　　　　Trustee | C.A. No. 03-12477 JLA |

**STIPULATION OF DISMISSAL**

Now come Plaintiffs/Defendants-in-Counterclaim, Russell F. Sheehan, as he is

Administrator, Electrical Workers' Health and Welfare Fund, I.B.E.W., Local 103, Electrical

Workers' Pension Fund, Local 103, I.B.E.W.; Electrical Workers' Supplementary Health and

Welfare Fund, Local 103, I.B.E.W.; Electrical Workers' Deferred Income Fund, Local 103,

I.B.E.W.; Electrical Workers' Joint Apprenticeship and Training Fund, Local 103, I.B.E.W.;

Electrical Workers' Educational and Cultural Fund and Anthony Salamone, as he is Administrator, National Electrical Benefit Fund ("Funds") and Local 103, International Brotherhood of Electrical Workers ("Union") and Defendant/Plaintiff-in-Counterclaim Richardson Electric Company, Inc. ("Richardson"), pursuant to Rule 41(a)(1), Fed.R.Civ.P., and stipulate that all claims asserted by the Funds and Local 103 against Richardson and all claims asserted by Richardson against the Funds are dismissed with prejudice and without costs and all claims asserted by Richardson against Local 103 are dismissed without prejudice and without costs.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

By its attorney,

/s/ Ira Sills
Ira Sills, Esquire
BBO # 462220
Segal, Roitman & Coleman

11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


RICHARDSON ELECTRICAL
COMPANY, INC.

By its attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, Esquire
BBO #236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
22nd Floor
Boston, MA  02110-1800
(617) 951-0800


Dated:  January 11, 2006


### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Stipulation of Dismissal has been served by first class mail upon the defendant's attorney Alan R. Hoffman at Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA  02110-1800 this 11th day of January, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
3013 99-254/stipofdism.doc

3